## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARIA KOLIOPOULOS, by her next friends, parents, and guardians, ANASTASIA KOLIOPOULOS, in their personal capacities, and NIKOLAOS KOLIOPOULOS, in their personal capacities,** | ) ) ) ) ) ) ) | **CASE NO. 8:06CV593** |
| **Plaintiffs,** | ) ) | **ORDER ON MOTION FOR EXTENSION OF TIME** |
| **v.** | ) ) | |
| **COVENTRY HEALTH CARE OF NEBRASKA, Inc.,** | ) ) ) ) | |
| **Defendant.** | ) | |

IT IS ORDERED:

1.  The Plaintiffs' Motion for Extension of Time (Filing No. 14) is granted; and

2.  The Plaintiffs' brief in opposition to the Defendant's Motion to Dismiss (Filing

    No. 9) shall be filed on or before January 18, 2007.

DATED this 10th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge