# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA KOLIOPOULOS, by her next friends, parents, and guardians, ANASTASIA KOLIOPOULOS, in their personal capacities, and NIKOLAOS KOLIOPOULOS, in their personal capacities,**<br><br>　　　　　　Plaintiffs,<br><br>　V.<br><br>**COVENTRY HEALTH CARE OF NEBRASKA, Inc.,**<br><br>　　　　　　Defendant. | CASE NO. 8:06CV593<br><br>ORDER |

The Defendant Coventry Health Care of Nebraska has filed a motion for an extension of time within which to file one brief that contains arguments 1) in opposition to the motion for summary judgment filed by Plaintiffs Nikolaos, Anastasia, and Maria Koliopoulos; and 2) in reply relating to its motion to dismiss. The motion is unopposed.

IT IS ORDERED:

1. The Defendant's unopposed Motion for an Extension of Time (Filing No. 17) is granted;

2. Coventry Health Care of Nebraska, Inc. shall serve and file its combined brief on or before Monday, February 26, 2007.

DATED this 1st day of February 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　United States District Judge