IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA KOLIOPOULOS, by her next friends, parents, and guardians, ANASTASIA KOLIOPOULOS, in their personal capacities, and NIKOLAOS KOLIOPOULOS, in their personal capacities, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV593 |
| v. | ) ) | |
| COVENTRY HEALTH CARE OF NEBRASKA, Inc., | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

This matter is before the Court on the parties' Joint Stipulation to Extend Deadline for Disclosure of Nonexpert Witnesses (Filing No. 31). Upon review of the Joint Stipulation, and being fully advised in the premises,

IT IS ORDERED:

1. The Stipulation (Filing No. 31) shall be and hereby is granted.

2. The deadline for disclosing nonexpert witnesses is extended to **September 7, 2007.**

Dated this 31st day of August, 2007

BY THE COURT:


S/ F. A. Gossett
United States Magistrate Judge