IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA KOLIOPOULOS, by her next friends, parents, and guardians, ANASTASIA KOLIOPOULOS, in their personal capacities, and NIKOLAOS KOLIOPOULOS, in their personal capacities,<br><br>        Plaintiffs,<br><br>v.<br><br>COVENTRY HEALTH CARE OF NEBRASKA, Inc.,<br><br>        Defendant. | CASE NO. 8:06CV593<br><br>ORDER |

This matter comes before the Court on the parties' joint Stipulation of Dismissal with Prejudice (Filing No 42). The Court, being fully advised in the premises, finds that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED:

1. The joint Stipulation of Dismissal (Filing No. 42) is approved;

2. The Complaint (Filing No. 1) is hereby dismissed with prejudice; and

3. The parties will pay their own fees and costs.

DATED this 7th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge